PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: REGINALD BOOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0241 FCD |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE AND |
| | ) | FINDING EXCLUDABLE |
| REGINALD BOOZE, | ) | TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and

the United States of America, through its counsel of record, JASON HITT, stipulate

and agree to the following:

1. The presently scheduled date of June 22, 2009 for Status Conference

Hearing shall be vacated and said Status Conference Hearing be

rescheduled for July 27, 2009 at 10:00 a.m..

2. Defense counsel has just been provided the initial discovery packet, but has

not had an adequate opportunity to review said discovery to determine the

merits of filing a Motion to Suppress based on 4th Amendment grounds.

Additionally, it is likely that further discovery will be requested, and, perhaps

provided. Accordingly, the parties stipulate that time be excluded pursuant to

18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately

prepare for pretrial proceedings.

- 1 -

1    IT IS SO STIPULATED.

2    Dated:   June 18, 2009                          /s/ JASON HITT
                                                      Assistant U.S. Attorney
3                                                     for the Government

4

5

6    Dated:   June 18, 2009                          /s/   PETER KMETO
                                                      Attorney for Defendant
7                                                     REGINALD BOOZE

8
                                           ORDER
9
          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
10
     ordered that the hearing for STATUS HEARING be continued as set forth above.
11
          The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and
12
     Local Rule T-4 until July 27, 2009 for continuity of defense counsel and time to permit
13
     defense counsel to prepare and properly advise his client.
14

15
     DATED: June 19, 2009
16

17

18                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28                                          - 2 -