1 | PETER KMETO
Attorney at Law
2 | State Bar No. 78827
1007 Seventh Street, Suite 100
3 | Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714
4
Attorney for: REGINALD BOOZE
5

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,                )        No. CR. S-09-0241 FCD
                                            )
10 |                 Plaintiff,               )
                                            )        STIPULATION AND ORDER
11 |     vs.                                 )        CONTINUING STATUS
                                            )        CONFERENCE AND
12 |                                         )        FINDING EXCLUDABLE
REGINALD BOOZE,                             )        TIME
13 |                                         )
                 Defendant.                  )
14 | _____)

15 |         Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and

16 | the United States of America, through its counsel of record, JASON HITT, stipulate

17 | and agree to the following:

18 |         1. The presently scheduled date of July 27, 2009 for Status Conference

19 | Hearing shall be vacated and said Status Conference Hearing be

20 | rescheduled for August 17, 2009 at 10:00 a.m..

21 |         2. Although Defense counsel has now been provided with discovery sufficient

22 | to analyze 4th Amendment issues, he has not had the  opportunity to

23 | completely review said discovery to determine the merits of filing a Motion to

24 | Suppress based on 4th Amendment grounds.  Additionally, settlement

25 | discussions are under way.  Accordingly, the parties stipulate that time be

26 | excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] –

27 | additional time to adequately prepare for pretrial proceedings.

28 |                                     - 1 -

IT IS SO STIPULATED.

Dated:   July 23, 2009                                      /s/ JASON HITT
                                                            Assistant U.S. Attorney
                                                            for the Government


Dated:   July 23, 2009                                      /s/   PETER KMETO
                                                            Attorney for Defendant
                                                            REGINALD BOOZE


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

and Local Rule T-4 until August 17, 2009 for continuity of defense counsel and time

to permit defense counsel to prepare and properly advise his client.


DATED: July 24, 2009

FRANK C. DAMRELL,JR.
UNITED STATES DISTRICT JUDGE

- 2 -