PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: REGINALD BOOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-09-0241 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING STATUS |
| ) | CONFERENCE AND |
| ) | FINDING EXCLUDABLE |
| REGINALD BOOZE, ) | TIME |
| ) | |
| Defendant. ) | |

Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

1. The presently scheduled date of August 17, 2009 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for September 28, 2009 at 10:00 a.m.

2. Defense counsel has now been provided with discovery sufficient to analyze 4th Amendment issues. Settlement discussions are under way. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated:  August 14, 2009                    /s/ JASON HITT
                                           Assistant U.S. Attorney
                                           for the Government


Dated:  August 14, 2009                    /s/  PETER KMETO
                                           Attorney for Defendant
                                           REGINALD BOOZE


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until September 28, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: August 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -