LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD BOOZE,<br><br>　　　　　Defendant. | Case No. 2:09-cr-0241 FCD<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |

　　　Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Reginald BOOZE, by and through his counsel, Peter Kmeto, Esq., stipulate and agree that the currently-set status conference on September 28, 2009, should be continued to November 2, 2009, at 10:00 a.m.  The parties further stipulate that the time period from September 28, 2009, up to and including the new status conference date of November 2, 2009, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary to continue review Fourth Amendment issues and seek a favorable disposition for the defendant from the government, taking into account the exercise

1

of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defendant agrees that he needs additional time to continue discussions with the government regarding resolution of the case and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case.  Id.  For these reasons, the defendant and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED:  September 25, 2009      By:     /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


DATED:  September 25, 2009      By:     /s/Peter Kmeto by Jason Hitt
                                        Authorized to sign for Mr.
                                        Kmeto on 09-25-09
                                        Peter Kmeto, Esq.
                                        Attorney for Reginald BOOZE

///
///
///

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for September 28, 2009, at 10:00 a.m. is VACATED;

2. A status conference is set for November 2, 2009, at 10:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from September 28, 2009, up to and including November 2, 2009.

DATED: September 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE