1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: REGINALD BOOZE
5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )   No. CR. S-09-0241 FCD
                                )
10                  Plaintiff,  )
                                )   STIPULATION AND ORDER
11      vs.                     )   CONTINUING STATUS
                                )   CONFERENCE AND
12                              )   FINDING EXCLUDABLE
   REGINALD BOOZE,              )   TIME
13                              )
                    Defendant.  )
14 _____)

15      Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and

16 the United States of America, through its counsel of record, JASON HITT, stipulate

17 and agree to the following:

18      1. The presently scheduled date of November 2, 2009 for Status Conference

19      Hearing shall be vacated and said Status Conference Hearing be

20      rescheduled for December 7, 2009 at 10:00 a.m..

21      2. Defense counsel has now been provided with discovery sufficient to

22      analyze 4th Amendment issues. Settlement discussions are continuing.

23      Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.

24      C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare

25      for pretrial proceedings.

26

27

28                              - 1 -

IT IS SO STIPULATED.

Dated:  October 29, 2009                         /s/ JASON HITT
                                                 Assistant U.S. Attorney
                                                 for the Government


Dated:  October 29, 2009                         /s/  PETER KMETO
                                                 Attorney for Defendant
                                                 REGINALD BOOZE


## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until December 7, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: October 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -