1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )     Case No. 2:09-cr-0241 FCD
                                  )
11               Plaintiff,       )     STIPULATION AND ORDER
                                  )     CONTINUING THE STATUS
12      v.                        )     CONFERENCE AND EXCLUDING TIME
                                  )
13 REGINALD BOOZE,                )
                                  )
14                                )
                 Defendant.       )
15 _____)

16      Plaintiff, United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, and defendant Reginald BOOZE, by

18 and through his counsel, Peter Kmeto, Esq., stipulate and agree that

19 the currently-set status conference on December 7, 2009, should be

20 continued to January 11, 2010, at 10:00 a.m.  The parties further

21 stipulate that the time period from December 7, 2009, up to and

22 including the new status conference date of January 11, 2010, should

23 be excluded from computation of the time for commencement of trial

24 under the Speedy Trial Act.  The parties stipulate that the ends of

25 justice are served by the Court excluding such time, so that counsel

26 for the defendant may have reasonable time necessary to continue

27 review Fourth Amendment issues and seek a favorable disposition for

28 the defendant from the government, taking into account the exercise

                                  1

1 | of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the

2 | defendant agrees that he needs additional time to continue

3 | discussions with the government regarding resolution of the case and

4 | conduct further investigation into mitigation of the defendant's

5 | federal sentencing exposure in this case.  Id.  For these reasons,

6 | the defendant and the government stipulate and agree that the

7 | interests of justice served by granting this continuance outweigh

8 | the best interests of the public and the defendant in a speedy

9 | trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

10 |

11 |                                     Respectfully Submitted,

12 |                                     BENJAMIN B. WAGNER
   |                                     United States Attorney

13 |

14 | DATED:  December 4, 2009      By:   /s/Jason Hitt
   |                                     JASON HITT

15 |                                     Assistant U.S. Attorney

16 | DATED:  December 4, 2009      By:   /s/Peter Kmeto by Jason Hitt
   |                                     Authorized to sign for Mr.

17 |                                     Kmeto on 12-04-09
   |                                     Peter Kmeto, Esq.

18 |                                     Attorney for Reginald BOOZE

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.    The status conference set for December 7, 2009, at 10:00 a.m. is VACATED;

2.    A status conference is set for January 11, 2010, at 10:00 a.m.; and

3.    Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act shall be excluded from December 7, 2009, up to and including January 11, 2010.

DATED: December 4, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE