PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: REGINALD BOOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-09-0241 FCD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |
| REGINALD BOOZE, | |
| Defendant. | |

Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MARY L. GRAD, stipulate and agree to the following:

1. The presently scheduled date of March 1, 2010 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for March 15, 2010 at 10:00 a.m..

2. New counsel for the government, MARY L. GRAD, has recently substituted in as counsel of record. Settlement discussions are continuing. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated:  February 25, 2010                    /s/ MARY L. GRAD
                                                Assistant U.S. Attorney
                                                for the Government


Dated:  February 25, 2010                    /s/  PETER KMETO
                                                Attorney for Defendant
                                                REGINALD BOOZE

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Rule T-4 until March 15, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: February 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -