1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 2:09-CR-241-FCD
                                     )
12                   Plaintiff,      )
                                     )  STIPULATION AND ORDER
13  v.                               )  CONTINUING STATUS CONFERENCE
                                     )
14  REGINALD BOOZE,                  )
                                     )
15                   Defendant.      )
                                     )
16  _____)

17

18      Defendant, REGINALD BOOZE, through his attorney, PETER

19  KMETO, and the United States of America, through its counsel of

20  record, MARY L. GRAD, stipulate and agree to the following:

21  1. The presently scheduled date of March 15, 2010 for Status

22  Conference Hearing shall be vacated and said Status Conference

23  Hearing be rescheduled for June 28, 2010 at 10:00 a.m.

24  2. New counsel for the government, MARY L. GRAD, has recently

25  substituted in as counsel of record.  Settlement discussions are

26  continuing.

27      Accordingly, the parties stipulate that time be excluded

28  pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4] –

                                    1

1  additional time to adequately prepare for pretrial proceedings.

2  IT IS SO STIPULATED.

3  Dated: MARCH 12, 2010                    /s/ MARY L. GRAD
                                            MARY L. GRAD
4                                           Assistant U.S. Attorney

5

6  Dated: March 12, 2010                    /s/ PETER KMETO
                                            PETER KMETO
7                                           Attorney for Defendant

8

9

10  **SO ORDERED.**

11  DATED: March 12, 2010

12                                     _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2