PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: REGINALD BOOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-0241 FCD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| REGINALD BOOZE, | |
| Defendant. | |

Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MARY L. GRAD, stipulate and agree to the following:

1. The presently scheduled Sentencing Hearing date of September 13, 2010 shall be vacated and said hearing be rescheduled for November 1, 2010 at 10:00 a.m..

2. Due to an anticipated change in the Sentencing Guidelines, as they relate to calculation of base offense levels for cocaine base, the parties consider it prudent to continue sentencing until the Guideline Commission has made its revisions, if any, known.

/// ///

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  September 9, 2010              /s/ MARY L. GRAD
                                       Assistant U.S. Attorney
                                       for the Government


Dated:  September 9, 2010              /s/  PETER KMETO
                                       Attorney for Defendant
                                       REGINALD BOOZE


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Sentencing Hearing in this matter be continued to November 1, 2010.

DATED: September 9, 2010               _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE