1  PETER KMETO
Attorney at Law
2  State Bar No. 78827
1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714
4
Attorney for: REGINALD BOOZE
5

6             IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   No. CR. S-09-0241 FCD
                                    )
10            Plaintiff,             )
                                    )   STIPULATION AND ORDER
11      vs.                          )   CONTINUING SENTENCING
                                    )   HEARING
12                                   )
   REGINALD BOOZE,                   )
13                                   )
              Defendant.             )
14 _____)

15      Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and

16 the United States of America, through its counsel of record, MARY L. GRAD,

17 stipulate and agree to the following:

18      1. The presently scheduled Sentencing Hearing date of November 1, 2010

19      shall be vacated and said hearing be rescheduled for November 15, 2010 at

20      10:00 a.m..

21      2.  Due to an anticipated change in the Sentencing Guidelines, as they

22      relate to calculation of base offense levels for cocaine base, the parties

23      consider it prudent to continue sentencing until the Guideline Commission

24      has made its revisions, if any, known.

25

26 /// ///

27 /// ///

28                              - 1 -

IT IS SO STIPULATED.

Dated:  October 27, 2010      /s/ MARY L. GRAD
Assistant U.S. Attorney
for the Government


Dated:  October 27, 2010      /s/  PETER KMETO
Attorney for Defendant
REGINALD BOOZE


## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Sentencing Hearing in this matter be continued to November 15, 2010.

DATED: October 28, 2010

FRANK C. DAMRELL, Jr.
United States District Judge

- 2 -