PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: REGINALD BOOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-09-0241 FCD |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING SENTENCING |
| ) | HEARING |
| REGINALD BOOZE, ) | |
| ) Defendant. ) | |

Defendant, REGINALD BOOZE, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MARY L. GRAD, stipulate and agree to the following:

1. The presently scheduled Sentencing Hearing date of November 15, 2010 shall be vacated and said hearing be rescheduled for November 29, 2010 at 10:00 a.m..

2. Due to an anticipated change in the Sentencing Guidelines, as they relate to calculation of base offense levels for cocaine base, the parties consider it prudent to continue sentencing until the Guideline Commission has made its revisions, if any, known.

/// ///

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  November 12, 2010          /s/ MARY L. GRAD
                                   Assistant U.S. Attorney
                                   for the Government


Dated:  November 12, 2010          /s/  PETER KMETO
                                   Attorney for Defendant
                                   REGINALD BOOZE


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Sentencing Hearing in this matter be continued to November 29, 2010.

DATED: November 15, 2010

_____
FRANK C. DAMRELL, Jr.
United States District Judge

- 2 -