AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00241-KJM   Document 47   Filed 10/02/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:09-cr-00241-KJM |
| REGINALD BOOZE ) | |
| ) | USM No: 18576-097 |
| Date of Original Judgment: 12/13/2010 ) | |
| Date of Previous Amended Judgment: ) | Hannah Rose Labaree, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 63 months as to Count 1 and 60 months as to Count 2, to be served consecutively, for a total term of 123 months **is reduced to** 60 months as to Count 1 and 60 months as to Count 2, to be served consecutively, for a total term of 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/17/2010 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/1/2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date: 11/1/2015
*(if different from order date)*

Kimberly J. Mueller, U.S. District Judge
*Printed name and title*